PD-0407-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 4/10/2015 8:25:21 PM
Accepted 4/15/2015 3:59:25 PM
ABEL ACOSTA
CLERK

NO. _____

In the
Court of Criminal Appeals of Texas
Austin, Texas

CESAR ADOLFO ROCHA-MORENO,
*Petitioner,*

v.

THE STATE OF TEXAS,
*Respondent.*

From the First Court of Appeals, Case No. 01-13-00897-CR,
and County Criminal Court at Law No. 1 of Harris County, Texas,
Trial Cause No. 1914250, Honorable Paula Goodhart Presiding

# Petitioner's First Motion to Extend Time To File Petition for Discretionary Review

FILED IN
COURT OF CRIMINAL APPEALS

April 15, 2015

ABEL ACOSTA, CLERK

John M. Bray, Esq.
Attorney for Petitioner
OOSTERHOF & BRAY, PLLC
1910 Pacific Ave., Ste. 15550
Dallas, Texas 75201
Tel: (214) 550-4664
Fax: (214) 550-4654
Email: john@oblawfirm.com

**TO THE HONORABLE COURT OF CRIMINAL APPEALS OF TEXAS:**

NOW COMES Cesar Adolfo Rocha-Moreno, Petitioner herein, and by and through his attorney of record, John M. Bray hereby moves this Court to extend the time to file a Petition for Discretionary Review pursuant to Tex. R. App. Proc. 68.2 for good cause shown, and in accordance with Tex. R. App. Proc. 10.1 and 10.5(b). In support of this motion, Petitioner would show as follows:

1.  Petitioner's deadline for filing a Petitioner for Discretionary Review pursuant to Tex. R. App. Proc. 68.2(a) is April 10, 2015, as the First Court of Appeals' decision reconsidering the matter *en banc*, and affirming the panel decision, issued on March 12, 2015. Prior to this, the First Court of Appeals rendered judgment in a memorandum opinion dismissing Petitioner's appeal issued on October 16, 2014.

2.  Pursuant to Tex. R. App. Proc. 68.2(c), Petitioner would request the Court to grant an extension of at least 30 days to submit a Petitioner for Discretionary Review.

3.  Over the course of the last several weeks, Counsel for Petitioner has been forced to prepare and submit appellate briefs to the U.S. Court of Appeals for the Fifth Circuit in two unrelated matters. *See* Exh. A (Notices of Briefing Deadlines). As a consequence, Counsel for

2

Petitioner has not had a sufficient opportunity to prepare a Petition for Discretionary Review in the instant matter.

4. Counsel for Petitioner, whose practice is located in Dallas, Texas will be traveling to Boston, Massachusetts and New York, New York for contested hearings in unrelated matters in Federal Immigration Court.

5. In light of the foregoing, Petitioner would submit that Counsel has been burdened by time constraints effectively depriving Counsel of an adequate opportunity to properly draft a cogent and succinct Petitioner for Discretionary Review for submission to this Court. Accordingly, Petitioner seeks this extension of time to be able to prepare such a Petitioner and supporting brief and thereby preserve Petitioner's rights to due process.

6. Counsel for Petitioner would submit that the Court has granted no previous extensions for submission of a Petition for Review in this matter.

7. Furthermore, Petitioner would contend that the State of Texas would not suffer any undue hardship or other prejudice as a result of an extension in the present case. This request is sought not for delay but so that justice may be done.

8.    All facts recited in this motion are within the personal knowledge of the counsel signing the present motion; therefore, no verification is necessary pursuant to Tex. R. App. Proc. 10.2.

WHEREFORE, PREMISES CONSIDERED, Petitioner respectfully moves this Court to grant the requested Petitioner's First Motion to Extend Time to File Petition for Discretionary Review, extend the deadline to file aforementioned Petitioner under Tex. R. App. Proc. 68.2, and grant any and all relief that the Court deems proper.

Respectfully submitted,

OOSTERHOF & BRAY, PLLC
1910 Pacific Ave., Ste. 15550
Dallas, Texas 75201
Tel: (214) 550-4664
Fax: (214) 550-4654


By:   /s/ John M. Bray
     John M. Bray
     Texas Bar No. 24081360

**ATTORNEY FOR PETITIONER**

4

## CERTIFICATE OF SERVICE

I, John M. Bray, hereby certify that on this day, a true and correct copy of the foregoing *Petitioner's First Motion to Extend Time to File Petition for Discretionary Review*, as well as any and all attachments, was properly served on the Harris County District Attorney's Office in accordance with Tex. R. App. Proc. 6.3 and 9.5(b), (d), and (e) via electronic filing to the following:

Mr. Alan Curry
Chief Prosecutor, Appellate Division
Harris County District Attorney's Office
1201 Franklin, Ste. 600
Houston, TX 77002-1923


   /s/ John M. Bray                                    04/10/2015
John M. Bray                                        Date